**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION
MDL-___ – In re Single-Serve Coffee Antitrust Litigation**

**SCHEDULE OF ACTIONS**

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:** Treehouse Foods, Inc.; Bay Valley Foods, LLC; Sturm Foods, Inc. **Defendants:** Green Mountain Coffee Roasters, Inc.; Keurig, Incorporated | S.D. New York | 1:14-cv-00905 | Vernon S. Broderick |
| **Plaintiff:** Judy Hoyer **Defendants:** Green Mountain Coffee Roasters, Inc.; Keurig, Incorporated | S.D. New York | 1:14-cv-01609 | Vernon S. Broderick |
| **Plaintiff:** Ney Silverman Insurance Associates, LLC **Defendants:** Keurig Green Mountain, Inc.; Green Mountain Coffee Roasters, Inc.; Keurig, Incorporated | S.D. New York | 1:14-cv-01671 | Vernon S. Broderick |
| **Plaintiff:** Henry A. Rocker **Defendants:** Green Mountain Keurig, Inc.; Green Mountain Coffee Roasters, Inc.; Keurig, Inc. | S.D. New York | 1:14-cv-01716 | Vernon S. Broderick |
| **Plaintiff:** Richard Constantino **Defendants:** Keurig Green Mountain, Inc.; Green Mountain Coffee Roasters, Inc.; Keurig, Incorporated | S.D. New York | 1:14-cv-01836 | Unassigned |
| **Plaintiff:** JBR, Inc. (D/B/A Rogers Family Company) **Defendants:** Keurig Green Mountain, Inc.; (F/K/A Green Mountain Coffee Roasters, Inc. and As Successor to Keurig, Incorporated) | E.D. California | 2:14-cv-00677 | Kimberly J. Mueller |

| **Plaintiff:**<br>Linda Major<br>**Defendants:**<br>Keurig Green Mountain, Inc.; Green Mountain Coffee Roasters, Inc.; Keurig, Incorporated | D. Delaware | 1:14-cv-00348 | Unassigned |
|---|---|---|---|
| **Plaintiff:**<br>Sally Rizzo<br>**Defendants:**<br>Keurig Green Mountain, Inc.; (F/K/A Green Mountain Coffee Roasters, Inc.) and As Successor to Keurig, Incorporated | D. Massachusetts | 1:14-cv-11030 | Rya W. Zobel |