**BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE SINGLE-SERVE COFFEE ANTITRUST LITIGATION | MDL DOCKET NO. _____ |

**PROOF OF SERVICE**

I hereby certify that, on March 20, 2014, a copy of the foregoing Motion, Brief, Schedule of Actions and this Certificate of Service was served by Priority Overnight via FedEx to the Judicial Panel on Multidistrict Litigation, and by First Class Mail or electronic mail to the following:

| | |
|---|---|
| **Via First Class Mail**<br>The Office of the Clerk<br>United States District Court<br>**Southern District of New York**<br>Daniel Patrick Moynihan<br>United States Courthouse<br>500 Pearl Street<br>New York, NY 10007-1312 | **Via First Class Mail**<br>Office of the Clerk<br>United States District Court<br>**District of Delaware**<br>844 North King St Unit 18<br>Wilmington, DE 19801-3570 |
| **Via First Class Mail**<br>Clerk of Court<br>**District of Massachusetts**<br>1 Courthouse Way<br>Boston, Massachusetts 02210 | **Via First Class Mail**<br>Office of the Clerk<br>**Eastern District of California**<br>ROBERT T. MATSUI FEDERAL COURTHOUSE<br>501 I Street, Room 4-200<br>Sacramento, CA 95814 |

| | |
|---|---|
| **Via Electronic Mail**<br>Wendelynne J. Newton<br>**Buchanan Ingersoll & Rooney PC**<br>301 Grant Street, 20th Floor<br>Pittsburgh, PA 15219<br>(412)-562-8932<br>Fax: (412)-562-1041<br>wendelynne.newton@bipc.com<br>*Counsel for Defendant Keurig Green Mountain, Inc., f/k/a*<br>*Green Mountain Coffee Roasters, Inc., and as successor to Keurig, Incorporated* | **Via Electronic Mail**<br>George S Cary<br>Leah Brannon<br>**Cleary Gottlieb Steen & Hamilton LLP**<br>2000 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>(202)-974-1920<br>Fax: (202) 974-1999<br>gcary@cgsh.com<br>lbrannon@cgsh.com<br>*Counsel for Defendant Keurig Green Mountain, Inc., f/k/a Green Mountain Coffee Roasters, Inc., and as successor to Keurig, Incorporated* |
| **Via Electronic Mail**<br>Landon Y. Jones<br>**Buchanan Ingersoll & Ingersoll PC**<br>50 South 16th Street, Suite 3200<br>Philadelphia, PA 19102<br>(215)-665-3929<br>Fax: (215)-665-8760<br>landon.jones@bipc.com<br>*Counsel for Defendant Keurig Green Mountain, Inc., f/k/a*<br>*Green Mountain Coffee Roasters, Inc., and as successor to Keurig, Incorporated* | **Via Electronic Mail**<br>Lev Louis Dassin<br>**Cleary Gottlieb**<br>One Liberty Plaza<br>New York, NY 10006<br>(212) 225-2790<br>Fax: (212) 225-3999<br>ldassin@cgsh.com<br>*Counsel for Defendant Keurig Green Mountain, Inc., f/k/a*<br>*Green Mountain Coffee Roasters, Inc., and as successor to Keurig, Incorporated* |
| **Via First Class Mail**<br>**Keurig Green Mountain, Inc.**<br>United Corporate Services, Inc.<br>874 Walker Rd Ste C<br>Dover, DE 19904<br>*Defendant Keurig Green Mountain, Inc.* | **Via First Class Mail**<br>**Keurig, Inc.**<br>55 Walkers Brook Drive<br>Reading, MA 01867<br>*Defendant Keurig, Inc.* |
| **Via First Class Mail**<br>**Green Mountain Coffee Roasters, Inc.**<br>33 Coffee Lane<br>Waterbury, VT 05676<br>*Defendant Green Mountain Coffee Roasters, Inc.* | **Via Electronic Mail**<br>Donald Alan Migliori<br>**Motley Rice LLC**<br>321 South Main Street<br>Providence, RI 02903<br>(401)-457-7700<br>Fax: (401)-457-7708<br>dmigliori@motleyrice.com<br>*Counsel for Plaintiff Judy Hoyer, S.D.N.Y., 1:14-cv-01609-VSB* |

| | |
|---|---|
| **Via Electronic Mail**<br>John Franklin Garvish, II<br>**McKool Smith(Austin)**<br>300 W. 6th Street<br>Suite 700<br>Austin, TX 7870`<br>(512) 692-8731<br>Fax: (512) 692-8744<br>jgarvish@mckoolsmith.com<br>*Counsel for Plaintiff Judy Hoyer, S.D.N.Y., 1:14-cv-01609-VSB* | **Via Electronic Mail**<br>Lauren Lee Fornarotto<br>**McKool Smith**<br>One Bryant Park<br>47th Flr<br>New York, NY 10036<br>(212)-402-9400<br>Fax: (212)-402-9444<br>lfornarotto@mckoolsmith.com<br>*Counsel for Plaintiff Judy Hoyer, S.D.N.Y., 1:14-cv-01609-VSB* |
| **Via Electronic Mail**<br>Michael Morris Buchman<br>**Motley Rice LLC (NY)**<br>600 Third Avenue, Suite 2101<br>New York, NY 10016<br>212-577.0040<br>Fax: 212.577.0054<br>mbuchman@motleyrice.com<br>*Counsel for Plaintiff Judy Hoyer, S.D.N.Y., 1:14-cv-01609-VSB* | **Via Electronic Mail**<br>William H. Narwold<br>**Motley Rice LLC (CT)**<br>One Corporate Center<br>20 Church Street, 17th Floor<br>Hartford, CT 06103<br>860-882-1676<br>Fax: 860-882-1682<br>bnarwold@motleyrice.com<br>*Counsel for Plaintiff Judy Hoyer, S.D.N.Y., 1:14-cv-01609-VSB* |
| **Via Electronic Mail**<br>Linda P. Nussbaum<br>Peter Anthony Barile , III<br>**Grant & Eisenhofer P.A. (NY)**<br>485 Lexington Avenue<br>29th Floor<br>New York, NY 10017<br>(646) 722-8500<br>Fax: (212) 687-7714<br>lnussbaum@gelaw.com<br>pbarile@gelaw.com<br>*Counsel for Plaintiff Henry A. Rocker, S.D.N.Y., 1:14-cv-01716-VSB* | **Via Electronic Mail**<br>Joseph W. Cotchett<br>Steven N. Williams<br>Elizabeth Tran<br>**COTCHETT, PITRE & McCARTHY, LLP**<br>840 Malcolm Road<br>Burlingame, CA 94010<br>Tel: (650) 697-6000<br>Fax: (650) 697-0577<br>jcotchett@cpmlegal.com<br>swilliams@cpmlegal.com<br>etran@cpmlegal.com<br>*Counsel for Plaintiff Richard Constantino, S.D.N.Y., 1:14-cv-01836* |

| | |
|---|---|
| **Via Electronic Mail**<br>Jeffrey S. Goddess<br>Jessica Zeldin<br>Peter Bradford deLeeuw<br>**Rosenthal, Monhait & Goddess, P.A.**<br>Mellon Bank Center, Suite 1401<br>P.O. Box 1070<br>919 Market Street<br>Wilmington, DE 19899-1070<br>(302) 656-4433<br>jgoddess@rmgglaw.com<br>jzeldin@rmgglaw.com<br>bdeleeuw@rmgglaw.com<br>*Counsel for Plaintiff Linda Major, D. Del.,*<br>*1:14-cv-0348-UNA* | **Via Electronic Mail**<br>Eric L. Cramer<br>Michael J. Kane<br>**Berger & Montague, P.C.**<br>1622 Locust St.<br>Philadelphia, PA 19103<br>Tel: (215) 875-3000<br>Fax: (215) 875-4604<br>ecramer@bm.net<br>mkane@bm.net<br>*Counsel for Plaintiff Linda Major, D. Del.,*<br>*1:14-cv-0348-UNA* |
| **Via Electronic Mail**<br>Glen DeValerio<br>**Berman DeValerio**<br>One Liberty Square<br>8th Floor<br>Boston, MA 02109<br>617/542-8300<br>Fax: 617-542-1194<br>gdevalerio@bermandevalerio.com<br>*Counsel for Plaintiff Sally Rizzo, D. Mass.,*<br>*1:14-cv-11030* | **Via Electronic Mail**<br>Marvin A. Miller<br>**Miller Law LLC**<br>115 S. La Salle Street, Suite 2910<br>Chicago, IL 60603<br>312.332.3400<br>mmiller@millerlawllc.com<br>*Counsel for Plaintiff Sally Rizzo, D. Mass.,*<br>*1:14-cv-11030* |
| **Via Electronic Mail**<br>Susan A. Bernstein<br>200 Highland Avenue, Suite 306<br>Needham, MA 02494-3035<br>Tel: 781-290-5858<br>Fax: 781-247-4266<br>susan@sabernlaw.com<br>*Counsel for Plaintiff Sally Rizzo, D. Mass.,*<br>*1:14-cv-11030* | **Via First Class Mail**<br>Mary Jane Fait<br>**Law Offices of Mary Jane Fait**<br>115 S. La Salle Street, Suite 2910<br>Chicago, IL 60603<br>(847) 922-6729<br>*no email available*<br>*Counsel for Plaintiff Sally Rizzo, D. Mass.,*<br>*1:14-cv-11030* |

| | |
|---|---|
| **Via Electronic Mail**<br>Aldo A Badini<br>Susannah Providence Torpey<br>**Winston & Strawn LLP (NY)**<br>200 Park Avenue<br>New York, NY 10166<br>(212) 294-4601<br>Fax: (212) 294-4700<br>abadini@winston.com<br>storpey@winston.com<br>*Counsel for Plaintiffs Treehouse Foods, Inc.,Sturm Foods, Inc. and Bay Valley Foods, LLC,  S.D.N.Y., 1:14-cv-00905* | **Via Electronic Mail**<br>Dan K. Webb<br>James Franklin Herbison<br>**Winston & Strawn LLP (IL)**<br>35 West Wacker Drive<br>Chicago, IL 60601<br>(312) 558-5856<br>Fax: (312) 558-5700<br>dwebb@winston.com<br>jherbison@winston.com<br>*Counsel for Plaintiffs Treehouse Foods, Inc.,Sturm Foods, Inc. and Bay Valley Foods, LLC,  S.D.N.Y., 1:14-cv-00905* |
| **Via Electronic Mail**<br>Diana Lee Hughes<br>**Winston & Strawn LLP**<br>101 California Street, Suite 3900<br>San Francisco, CA 94111<br>(415)-591-1000<br>Fax: (415)-591-1400<br>dhughes@winston.com<br>*Counsel for Plaintiffs Treehouse Foods, Inc.,Sturm Foods, Inc. and Bay Valley Foods, LLC,  S.D.N.Y., 1:14-cv-00905* | **Via Electronic Mail**<br>Daniel Johnson , Jr.<br>Kent M . Roger<br>**Morgan Lewis and Bockius LLP**<br>Spear Street Tower<br>One Market Street<br>San Francisco, CA 94105<br>415-442-1392<br>Fax: 415-442-1001<br>djjohnson@morganlewis.com<br>kroger@morganlewis.com<br>*Counsel for Plaintiff JBR, Inc., Doing business as Rogers Family Company,  E.D. Cal., 2:14-cv-00677* |

Dated:  March 20, 2014

        By: */s/ Kellie Lerner*
            Kellie Lerner
            Hollis Salzman
            Bernard Persky
            **ROBINS, KAPLAN, MILLER**
            **& CIRESI L.L.P.**
            601 Lexington Avenue
            Suite 3400
            New York, NY 10022
            hsalzman@rkmc.com
            klerner@rkmc.com
            bpersky@rkmc.com

K. Craig Wildfang
Thomas J. Undlin
Stephen P. Safransky
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
(612) 349-8554
Fax: (612) 339-4181
kcwildfang@rkmc.com
tjundlin@rkmc.com
spsafranski@rkmc.com

John Zaremba
**ZAREMBA BROWNELL & BROWN PLLC**
40 Wall Street, 28th Floor
New York, NY 10005
(212) 400-7223
Fax: (212) 400-7224
jzaremba@zbblaw.com

*Counsel for Plaintiff Ney Silverman Insurance Associates, L.L.C. and the Proposed Direct Purchaser Class, S.D.N.Y., 1:14-cv-01671-VSB*